Per Curiam.

(No. 75-CC-77—

Louis Peters, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed August 14, 1974.*

William J. Scott, Attorney General, for Respondent.

Per Curiam.

(No. 75-CC-100—

Midwest Air Service Co., Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed August 14, 1974.*

William J. Scott, Attorney General, for Respondent.

Per Curiam.